129 F.3d 494
 97 Cal. Daily Op. Serv. 8598
 Tom BATES; Edward H. Lyman; Ardis Graham; Richard D.
Lewis; Lawrence J. Buchalter; Jonathan Browning; Rachel
Sherman; Martha A. Escutia; Sylvia Hernandez; Ana Rosa
Pena; Claudia Navar; Barbara J. Friedman; Susan Zarakov;
Harriet Sculley, Plaintiffs-Appellants,
v.
Bill JONES, Secretary of the State of California; Bradley
J. Clark; Alameda County Registrar of Voters;
Conny McCormack, Los Angeles County
Registrar of Voters,
Defendants-Appellees,
and
Peter F. Schabarum; Lewis K. Uhler; Lee A. Phelps;
National Tax Limitation Committee; Alliance of
California Taxpayers & Involved Voters,
Intervenors-Appellees.
Bill JONES, Secretary of the State of California, Defendant-Appellant,
and
Peter F. Schabarum; Lewis K. Uhler, Intervenors-Appellants,
v.
Tom BATES; Edward H. Lyman; Richard D. Lewis; Lawrence J.
Buchalter; Jonathan Browning; Rachel Sherman,
Plaintiffs-Appellees,
and
National Tax Limitation Committee; Alliance of California
Taxpayers & Involved Voters, Intervenors,
v.
Bill JONES, Secretary of the State of California, Defendant-Appellant.
 Nos. 97-15864, 97-15914.
 United States Court of Appeals,
 Ninth Circuit.
Nov. 4, 1997.
 
 Before: HUG, Chief Judge.
 
 
 1
 Prior report: 127 F.3d 839.
 
 
 2
 Upon the vote of a majority of the active judges of this court, it is ordered that this case be reheard by the en banc court pursuant to Circuit Rule 35-3. Oral argument will be held in San Francisco on November 20, 1997.
 
 
 3
 The stay entered by the district court and continued by a panl of this court will remain in effect until further order of the en banc court.